**CLARKSON LAW FIRM**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff and Putative Classes*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA CHESLOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC.,<br><br>Defendant. | CASE NO. 3:25-cv-03655<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL**<br><br>Assigned to the Honorable William H. Orrick |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Linda Cheslow and Defendant S.C. Johnson & Son, Inc. (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff Linda Cheslow filed a Complaint against Defendant S.C. Johnson & Son, Inc. on April 25, 2025; and

WHEREAS, Defendant S.C. Johnson & Son, Inc. filed a Motion to Dismiss Plaintiff's Complaint on July 1, 2025;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, as follows:

1. Plaintiff Linda Cheslow dismisses all of her individual claims against Defendant S.C. Johnson & Son, Inc., with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Plaintiff Linda Cheslow, on behalf of the putative class, dismisses putative class claims against Defendant S.C. Johnson & Son, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

3. Each Party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: August 19, 2025         */s/ Bahar Sodaify*

**CLARKSON LAW FIRM**
Ryan J. Clarkson (CA SBN 257074)
Bahar Sodaify (CA SBN 289730)
Alan Gudino (CA SBN 326738)
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
*rclarkson@clarksonlawfirm.com*
*bsodaify@clarksonlawfirm.com*
*agudino@clarksonlawfirm.com*

**PEARSON WARSHAW, LLP**
Melissa S. Weiner
Ryan T. Gott
328 Barry Avenue S, Suite 200
Wayzata, MN 55391
Tel: (612) 389-0600
Fax: (612) 389-0610
*mweiner@pwfirm.com*
*rgott@pwfirm.com*

*Attorneys for Plaintiff and Putative Classes*

| | |
|---|---|
| DATED: August 19, 2025 | */s/ Michael J. Duvall* |
| | **DENTONS** |
| | Michael J. Duvall (CA SBN 276994) |
| | Samantha E. Fahr (CA SBN 299409) |
| | 601 South Figueroa Street, Suite 2500 |
| | Los Angeles, CA 90017-5704 |
| | Tel: (213) 623-9300 |
| | Fax: (213) 623-9924 |
| | Michael.duvall@dentons.com |
| | Samantha.fahr@dentons.com |
| | |
| | Samuel D. Jubelirer (CA SBN 287649) |
| | 1999 Harrison Street, Suite 1210 |
| | Oakland, CA 94612 |
| | Tel: (415) 882-5000 |
| | Fax: (415) 882-0300 |
| | Samuel.jubelirer@dentons.com |
| | |
| | Grant Ankrom |
| | Micheal E. Harriss |
| | 101 South Hanley Road, Suite 600 |
| | St. Louis, MO 63105-3435 |
| | Tel: (314) 259-5809 |
| | Fax: (314) 259-5959 |
| | Grant.ankrom@dentons.com |
| | Michael.harriss@dentons.com |
| | |
| | *Attorneys for Defendant S. C. Johnson & Son, Inc.* |

### ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

| | |
|---|---|
| DATED: August 19, 2025 | **CLARKSON LAW FIRM, P.C.** |
| | By: */s/ Bahar Sodaify* |
| |     Bahar Sodaify |
| | *Attorneys for Plaintiff and Putative Classes* |