1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| LINDA CHESLOW, individually and on behalf of all others similarly situated, | CASE NO. 3:25-cv-03655 |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **[PROPOSED]** **ORDER REGARDING STIPULATION OF DISMISSAL** |
| S.C. JOHNSON & SON, INC., | Assigned to the Honorable William H. Orrick |
| Defendant. | |

The Court has read and considered the Stipulation of Dismissal. Good cause appearing, the Court hereby Orders:

1. Plaintiff Linda Cheslow's individual claims against Defendant S.C. Johnson & Son, Inc., are dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. The putative class's claims against Defendant S.C. Johnson & Son, Inc. are dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

3. Each party shall bear its own costs and attorneys' fees.

1 | **IT IS SO ORDERED.**

2

3 | Dated: August 20, 2025          By: _____

4 |                                              Honorable William H. Orrick
                                              United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28